**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FILED
JUL 0 6 2021

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                   :

RAFAEL BURAYEV,                    :

                     Plaintiff,       :

            -against-            :                ORDER

                                     :

GOVERNMENT EMPLOYEES INSURANCE   :        21 Civ. 2237 (GBD)
COMPANY, *a.k.a.* GEICO,                  :

               Defendants.   :

                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, District Judge:

      In light of the Parties' notice that they have reached a settlement, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within thirty (30) days of this order.

Dated: July 6, 2021
       New York, New York

                               SO ORDERED.

                               *George B Daniels*
                               GEORGE B. DANIELS
                               UNITED STATES DISTRICT JUDGE