UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

RAFAEL BURAYEV,

                        Plaintiff,

      -against-

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

                      Defendant.

------------------------------------- x

ORDER

21-CV-2237 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the above-captioned action.

Dated:  June 15, 2022
          New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge